DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVAN DARIO NUNEZ GUTIERREZ,**
Appellant,

v.

**CATALINA PENNA JARAMILLO,**
Appellee.

No. 4D2024-2337

[April 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Greg Allen Tynan, Judge; L.T. Case No. DVCE 24-011940.

Ivan Dario Nunez Gutierrez, Hollywood, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

LEVINE, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***